**95-454.** Cates v. Consol. Rail Corp. *Montgomery County*, No. 14432. This cause is pending before the court as a discretionary appeal. Upon consideration of the application of appellants, Grand Trunk Western Railroad Company and Larry O. Meek, for dismissal of their appeal,

IT IS ORDERED by the court, effective May 19, 1995, that the application for dismissal of the appeal of Grand Trunk Western Railroad Company and Larry O. Meek be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the appeal of Luann M. Cates et al. remains pending until further order of this court.

## MOTION DOCKET

**93-2275.** In re Mansfield Gen. Hosp. *Franklin County*, No. 93AP-330. On motion for leave to file an additional authority. Motion denied.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**95-644.** State ex rel. Zschach v. Fairfield Cty. Court of Common Pleas. In Prohibition. On motion for stay of execution pending resolution of 94-2752 and 95-170, *In re Adoption of Zschach*, Fairfield County, Nos. 1994CA14 and 1994CA19. Motion granted.

PFEIFER, J., dissents.

WRIGHT, J., not participating.

**95-813.** Brown v. Brown. *Franklin County*, No. 95APF02-192. On motion for stay of execution. Motion denied.

**95-944.** Potocnik v. Sifco Industries, Inc. *Cuyahoga County*, No. 66668. On motion for stay of execution. Motion granted and supersedeas bond set at $300,000.

PFEIFER and COOK, JJ., dissent.